**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROY JAMES BARDWELL, SR.,** )<br> )<br>**Plaintiff,** )<br> )<br>-vs- )<br> )<br>**ALLIED WASTE TRANSPORTATION, INC.,** )<br>d/b/a **ALLIED WASTE SERVICES OF** )<br>**CRESTWOOD, ALLIED WASTE TRANSFER** )<br>**OF CRESTWOOD and GROEN WASTE SERVICES,** )<br> )<br>**Defendant.** ) | FILED: MAY 22, 2008<br>08CV2998     TC<br>JUDGE MORAN<br>MAGISTRATE JUDGE VALDEZ<br><br>No.<br><br>**JURY DEMAND** |

## COMPLAINT

Plaintiff complains of Defendant, ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES (hereinafter "ALLIED") as follows:

1.  The Plaintiff is a resident of the State of Illinois.  The Defendant is a resident of the State of Delaware.  Jurisdiction is predicated upon full diversity between the parties.

2.  Plaintiff was driving his truck from ALLIED on May 23, 2006.  At the intersection of Route 30 and Lincoln Highway in Cook County, Illinois, the load that ALLIED had secured shifted and flipped Plaintiff's truck.  As a direct and proximate result of this, Plaintiff was seriously injured.

3.  At that date, time and place, ALLIED had a duty to properly secure the load so that it would not shift during transit.  This duty is codified in 625 ILCS 5/15-109 (2008).  At all times relevant to the complaint, Roy Bardwell was driving his truck in a prudent and careful manner.  Despite this, the load shifted.

4.  As a direct and proximate result of Defendant's failures, Plaintiff was

injured.

      WHEREFORE, Plaintiff, ROY JAMES BARDWELL, SR., prays for judgment against ALLIED in excess of $75,000, and any further relief deemed just.

                                                                    Respectfully submitted,
                                                                    ROY JAMES BARDWELL, SR.

                                                                  /s/ Deidre Baumann
                                                                  _____
                                                                  One of Plaintiff's Attorneys

Deidre Baumann
Baumann & Shuldiner
20 So. Clark, Suite 500
Chicago, Illinois 60603
312/372-8242