IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROY JAMES BARDWELL, SR.,

   Plaintiff,

v.

ALLIED WASTE TRANSPORTATION,
INC., d/b/a ALLIED WASTE SERVICES OF
CRESTWOOD, ALLIED WASTE
TRANSFER OF CRESTWOOD and GROEN
WASTE SERVICES,

   Defendants.

Case No. 08-cv-02998

**MOTION FOR EXTENSION OF TIME AND FOR LEAVE
TO FILE APPEARANCE, ANSWER, AND AFFIRMATIVE DEFENSES**

  NOW COME the defendants, ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES, pursuant to Rule 6(b) and Rule 12 of the Federal Rules of Civil Procedure, by and through their attorney, Gregory D. Conforti of JOHNSON & BELL, LTD., and requests this Honorable Court grant them an extension of time to file their Appearance and Answer and for leave to file their Appearance and Answer *instanter*. In support thereof, state as follows:

  1. This matter is a personal injury action involving an alleged truck tip over as a result of improper loading by defendants. This matter was served on the defendants on May 30, 2008. The undersigned attorney, Gregory D. Conforti, received notice of assignment of this matter on June 20, 2008 and immediately prepared the motion herein for extension of time to file a responsive pleading and is prepared to file that pleading *instanter*.

  2. Plaintiff's counsel, Deidre Baumann, has no objection to defendants' motion.

WHEREFORE, the Defendants, ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD AND GROEN WASTE SERVICES, respectfully requests this Honorable Court grant their motion to extend time and for leave to file their Answer *instanter* and for such other relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,

JOHNSON & BELL, LTD.

By: /s/Gregory D. Conforti
One of the Attorneys for defendant

Gregory D. Conforti
**JOHNSON & BELL, LTD.**
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Telephone:   (312) 372-0770
Attorney ID: 6198784