IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROY JAMES BARDWELL, SR.,

    Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES,

    Defendants.

Case No. 08-cv-02998

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 24th day of June, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran, or any judge sitting in his stead in the United States District Court, Northern District of Illinois, Eastern Division Courthouse, Room 1843 and shall then and there present **MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE APPEARANCE, ANSWER, AND AFFIRMATIVE DEFENSES**, a copy of which is hereby served upon you.

Respectfully submitted,

/s/Gregory D. Conforti
Gregory D. Conforti (ARDC #6198784)
**JOHNSON & BELL, LTD.**
33 West Monroe Street
Suite 2700
Chicago, IL 60603
Telephone:   (312) 372-0770
Facsimile:   (312) 372-9818

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, Defendants, ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES, electronically filed with the Clerk of Court its **MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE APPEARANCE, ANSWER, AND AFFIRMATIVE DEFENSES** to be served via operation of the Court's electronic filing system upon the following:

- **Deidre Baumann**
  Baumann & Shuldiner
  baumannesq@worldnet.att.net

- **Paul R. Shuldiner**
  Baumann & Shuldiner
  brenda@integritytitle.com

/s/ Donna R. Oberg

Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770