IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ROY JAMES BARDWELL, SR.,

    Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES,

    Defendants.

Case No. 08-cv-02998

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 24th day of June, 2008, Defendants filed via electronic filing with the United States District Court for the Northern District of Illinois, Eastern Division, their **APPEARANCE, ANSWER, AND AFFIRMATIVE DEFENSES**, copies of which are attached hereto and served upon you.

Respectfully submitted,

/s/Gregory D. Conforti
Gregory D. Conforti (ARDC #6198784)
**JOHNSON & BELL, LTD.**
33 West Monroe Street
Suite 2700
Chicago, IL  60603
Telephone:   (312) 372-0770
Facsimile:    (312) 372-9818

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, Defendants, ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES, electronically filed with the Clerk of Court their **APPEARANCE, ANSWER, AND AFFIRMATIVE DEFENSES** to be served via operation of the Court's electronic filing system upon the following:

- **Deidre Baumann**
  Baumann & Shuldiner
  baumannesq@worldnet.att.net

- **Paul R. Shuldiner**
  Baumann & Shuldiner
  brenda@integritytitle.com

                                        /s/ Donna R. Oberg


Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770