IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROY JAMES BARDWELL, SR.,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF CRESTWOOD, ALLIED WASTE TRANSFER OF CRESTWOOD and GROEN WASTE SERVICES,<br><br>        Defendants. | Case No. 08-cv-02998<br>Honorable Judge Manning<br><br>Magistrate Judge Valdez |

**Defendants' Motion for Summary Judgment**

Defendants, Allied Waste Transportation, Inc., d/b/a Allied Waste Services of Crestwood, Allied Waste Transfer of Crestwood and Groen Waste Services (hereinafter referred to collectively as "Allied Waste"), by and through its attorneys, respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Northern District of Illinois, for entry of summary judgment.

1. Pursuant to Local Rule 56.1 of the Northern District of Illinois, Allied Waste has filed a Statement of Material Facts in support of this motion separately which are incorporated herein, and in which the grounds for this motion are more fully set forth.

2. Summary judgment is appropriate because there is no question of material fact and Allied Waste is entitled to judgment as a matter of law based on the following: (a) there is no valid claim for Plaintiff's cause for damages under the Code of Federal Regulations Title 49, Section 392.9, (b) because Plaintiff did not properly operate his motor vehicle under the Federal Motor Carrier Safety Regulations Act, and (c) No actions

2

of Allied Waste were the proximate cause of Plaintiff's damages, as set forth fully in its Memorandum of Law and Statement of Uncontested Facts.

    3. Accordingly, Defendant seeks summary judgment on all counts.

WHEREFORE, Defendant Allied Waste Transportation, Inc., d/b/a Allied Waste Services of Crestwood, Allied Waste Transfer of Crestwood and Groen Waste Services prays for leave to file its Memorandum of Law under Local Rule 56.1 *instanter* and for judgment on all counts.

Dated: November 3, 2009                              Respectfully Submitted,
                                                            Defendants

                                                            /s/ Paige C. Manley
                                                          Gregory D. Conforti
                                                          Christopher W. Loweth
                                                          JOHNSON & BELL, LTD.
                                                          33 West Monroe Street
                                                          Suite 2700
                                                          Chicago, Illinois 60603
                                                          Telephone: (312) 372-0770
                                                          Facsimile: (312) 372-9818

2150046

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by operation of the CM/ECF system of the U.S. District Court of the Northern District of Illinois this 3rd day of November, 2009 to Deidre Baumann and Paul Shuldiner of Baumann & Shuldiner located at 20 South Clark Street, Suite 500, Chicago, Illinois 60603.


                                                /s/ Paige C. Manley
                                                Paige C. Manley