**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROY JAMES BARDWELL, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) No. 08 CV 02998 |
| | ) |
| **ALLIED WASTE TRANSPORTATION, INC.,** | ) |
| **d/b/a ALLIED WASTE SERVICES OF** | ) |
| **CRESTWOOD, ALLIED WASTE TRANSFER** | ) |
| **OF CRESTWOOD and GROEN WASTE** | ) |
| **SERVICES,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S JURISDICTIONAL STATEMENT**

Plaintiff's injuries were to his face and shoulder as a result of a truck roll-over. He has incurred approximately $33,000.00 in paid bills through treatment by his worker's compensation carrier. Further, the claims adjustor has authorized surgery, although plaintiff has not had surgery yet.

Respectfully submitted,

_____
Paul R. Shuldiner
Law Offices of Paul R. Shuldiner
20 S. Clark St., Suite 500
Chicago, IL 60603
312-372-8242
Fax: 312-588-6715