## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROY JAMES BARDWELL, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIED WASTE TRANSPORTATION, )<br>INC., d/b/a ALLIED WASTE SERVICES OF )<br>CRESTWOOD, ALLIED WASTE )<br>TRANSFER OF CRESTWOOD and GROEN )<br>WASTE SERVICES, )<br>)<br>Defendants. ) | Case No. 08-cv-02998<br>**Judge Blanche M. Manning**<br>**Magistrate Judge Maria Valdez** |

ALLIED WASTE TRANSPORTATION, )
INC., d/b/a ALLIED WASTE SERVICES OF )
CRESTWOOD, ALLIED WASTE )
TRANSFER OF CRESTWOOD and GROEN )
WASTE SERVICES, )
)
            Counter-Plaintiff, )
)
v. )
)
K.R. DRENTH TRUCKING, INC., )
)
            Counter-Defendant. )

## INTERVENOR'S STATEMENT OF INTENT

Intervenor, APPLIED RISK SERVICES for the use and benefit of VIRGINIA SURETY COMPANY, on behalf of TK SERVICES OF ILLINOIS, INC., filed its Petition for protection of its statutory workers compensation lien. To date, Intervenor has received no response to telephone calls and written correspondence sent to Plaintiff's attorney regarding their client's intent to appeal or not to appeal the Court's grant of Defendants' Summary Judgment. Therefore, the Intervenor can only assume that they (Plaintiff) will continue prosecution of the lawsuit. Since the Intervenor's interest in pursuing its workers

compensation lien is dependent upon the Plaintiff succeeding and obtaining a judgment against one or more of the defendants, it will not dismiss its Petition while there is an opportunity for Plaintiff to pursue prosecution and obtain judgment.

Respectfully submitted,

By: /s/ Paul Tsukuno
One of the Attorneys for Intervenor

Paul A. Tsukuno, Esq.
Colin M. Mills, Esq.
Inman & Fitzgibbons, Ltd.
33 North Dearborn Street
Chicago, IL 60602
(312) 422-0550
Attorney Id.: 2862492 (Tsukuno)
Attorney Id.: 6286878 (Mills)